UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 16, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>v.                                    )<br>                                      )<br>TRAVIS A. GRIFFIN,                    )<br>                                      )<br>            Defendant.                ) | Case No. Mag 06-0205 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Travis A. Griffin</u>, Case No. <u>Mag 06-0205 DAD</u>, Charge <u>Title 18 USC § 13</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     **X**    Release on Personal Recognizance

     __    Bail Posted in the Sum of $_____

         __    Unsecured Appearance Bond

         __    Appearance Bond with 10% Deposit

         __    Appearance Bond with Surety

         __    Corporate Surety Bail Bond

         __    (Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>April 16, 2007</u> at <u>2:30 pm</u>.

By   _____
      Dale A. Drozd
      United States Magistrate Judge

Original - U.S. Marshal