DANIEL J. BRODERICK, #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
Designated Counsel for Service
MATTHEW BIBB
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
TRAVIS GRIFFIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-00467 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| TRAVIS GRIFFIN, | ) | |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |
| | ) | |

**GOOD CAUSE APPEARING**, appellant is hereby ordered to file an opening brief by January 8, 2008.  Appellee is ordered to file its brief by February 12, 2008.  Appellee may file an optional reply brief by February 19, 2008.  The current hearing date of January 14, 2008 is hereby VACATED, and a new hearing date is set for March 3, 2008 at 10:00 a.m. before Judge Frank C. Damrell, Jr., in Courtroom #2.

Dated: December 18, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE