```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MONICA KNOX, Bar #84555
    Assistant Federal Defender
 3  MATTHEW BIBB
    Certified Student Attorney
 4  801 I Street, Third Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorneys for Defendant
    TRAVIS GRIFFIN
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | No. 07-CR-00467 FCD |
| ) | |
| Plaintiff, ) | |
| ) | **REQUEST FOR VOLUNTARY DISMISSAL** |
| v. ) | **OF APPEAL; DECLARATION OF MONICA** |
| ) | **KNOX; ORDER** |
| **TRAVIS GRIFFIN**, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

     Defendant, TRAVIS GRIFFIN, by and through his counsel, Assistant Federal Monica Knox, requests this Court to dismiss the pending appeal in this matter. Defendant is aware of his right to appeal the judgment of the magistrate court but elects to voluntarily dismiss the appeal. This request is based on the attached declaration of counsel, the signed waiver of appeal by defendant (to be lodged with the Court), all files and records in this case, and such further information as may be requested by the Court.

Dated: January 8, 2008

                                                                 Respectfully submitted,

                                                                 DANIEL J. BRODERICK
                                                                 Federal Defender


                                                                 */s/ Monica Knox*
                                                                MONICA KNOX
                                                               Assistant Federal Defender

                                                                Attorney for Defendant

**DECLARATION OF MONICA KNOX**

I, MONICA KNOX, hereby declare and state:

I am an Assistant Federal Defender in the Eastern District of California. Staff Attorney Tara Allen and Certified Law Student Matthew Bibb represented Travis Griffin in the magistrate court in this matter, and I have been assigned to represent him on appeal.

I have spoken with Mr. Griffin regarding his appeal. Initially, Mr. Griffin indicated to me that he wished to pursue the appeal, but yesterday he told me that he now wishes to have his appeal dismissed and not pursue it further. I have advised him regarding his right to appeal and what an appeal would involve, and he has indicated that he wishes to abandon the appeal nonetheless.

I have mailed to Mr. Griffin a written waiver of appeal. I explained to him yesterday that I would be mailing the waiver to him and he would need to sign it and return it to me if he wished to have his appeal dismissed. He stated that he would promptly sign and return the form to me. When I receive the signed waiver, I will lodge it with the Court to evidence my client's desire to have his appeal dismissed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of January, 2008, at Sacramento, California

                                          */s/ Monica Knox*
                                          MONICA KNOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | No. 07-CR-00467 FCD |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| **TRAVIS GRIFFIN**, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**UPON DEFENDANT'S WAIVER OF APPEAL** and good cause appearing, the pending appeal in this matter is hereby dismissed.

IT IS SO ORDERED.

Dated: January 9, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Motion for Dismissal
of Appeal                                    -3-